Muriel B. Kaplan, Esq. (SBN 124607)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA CITY DRYWALL, INC., a California Corporation; and GREGORY DAVID MARTIN, individually,<br><br>Defendants. | Case No: C10-1043 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER THEREON**<br><br>Date:   June 25, 2010<br>Time:   1:30 p.m.<br>Ctrm:   11, 19th Floor<br>Judge:  The Honorable Jeffrey S. White |
|---|---|

Plaintiffs herein respectfully request that the Case Management Conference, currently on calendar for June 25, 2010, be continued for approximately 60-90 days.

1. As the Court's records will reflect, this action was filed on March 11, 2010 to compel Defendants' compliance with an audit of Defendants' records. Service on Defendants was effectuated on March 17, 2010. A Proof of Service of Summons was filed with the Court on March 24, 2010. Defendants failed to Answer or otherwise appear in this action and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendants on March 9, 2010.

2. Plaintiffs' auditor recently completed an audit of Defendant's records, and the audit report was sent to Defendant for review. In addition, a billing has been sent to Defendants' for attorney's fees and costs.

3. Plaintiffs are currently awaiting a response from Defendants.

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.:  C10-1043 JSW

P:\CLIENTS\PATCL\Delta City\Pleadings\C10-1043 JSW - CMC Continuance Request 061710.DOC

4. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for June 28, 2010, be continued for 60-90 days to allow Defendants to make payment or the parties to discuss a payment plan. If discussions between the parties are unsuccessful in resolving this matter, Plaintiffs anticipate filing a Motion for Default Judgment within that time. If resolved, Plaintiffs will dismiss this action.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 17th day of June, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/Blake E. Williams
Blake R. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to September 24, 2010 at 1:30 p.m.

Date: June 22, 2010

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C10-1043 JSW

P:\CLIENTS\PATCL\Delta City\Pleadings\C10-1043 JSW - CMC Continuance Request 061710.DOC