Muriel B. Kaplan, Esq. (SBN 124607)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA CITY DRYWALL, INC., a California Corporation; and GREGORY DAVID MARTIN, individually,<br><br>Defendants. | Case No: C10-1043 JSW<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT and REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: September 24, 2010<br>Time: 1:30 p.m.<br>Ctrm: 11, 19th floor,<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for September 24, 2010, be continued for approximately 60 – 90 days.

1. As the Court's records will reflect, this action was filed on March 11, 2010 to compel Defendants' compliance with an audit of Defendants' records. Service on Defendants was effectuated on March 17, 2010. A Proof of Service of Summons was filed with the Court on March 24, 2010. Defendants failed to Answer or otherwise appear in this action and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendant on April 9, 2010.

2. In order to allow time for Defendants to review and respond to the report concerning the audit of Defendants' payroll records, Plaintiffs requested that the Court continue the previous Case Management Conference set for June 25, 2010.

3. Since then, Plaintiffs have made a settlement offer to Defendants for payment of

-1-
**PLAINTIFFS' CMC STATEMENT; REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.: C10-1043 JSW**

P:\CLIENTS\PATCL\Delta City\Pleadings\C10-1043 JSW -CMC Statement and Request to Cont CMC 091610.pdf.DOC

1  contribution shortages and attorneys' fees and costs.  Plaintiffs are awaiting Defendants' response to the settlement offer.

4.  Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 24, 2010, be continued for 60 - 90 days to allow resolution of remaining amounts to be paid.  If resolved, Plaintiffs will dismiss this action.  If resolution is not reached within 30 days from today's date, Plaintiffs will promptly file a Motion for Default Judgment.

5.  There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 16th day of September, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:  _____/S/_____
     Blake E. Williams
     Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to  January 7, 2011  at  1:30 p.m. , and all previously set deadlines and dates related to this case are continued accordingly.

Date: September 17, 2010                   *Jeffrey S White*
                                           THE HONORABLE JEFFREY S. WHITE
                                           UNITED STATES DISTRICT COURT JUDGE

-2-
**PLAINTIFFS' CMC STATEMENT; REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.:  C10-1043 JSW**

P:\CLIENTS\PATCL\Delta City\Pleadings\C10-1043 JSW -CMC Statement and Request to Cont CMC 091610.pdf.DOC