Muriel B. Kaplan, Esq. (SBN 124607)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No: C10-1043 JSW |
|---|---|
| Plaintiffs, | **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT and REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; OR TO CONTINUE; [PROPOSED] ORDER THEREON** |
| v. | |
| DELTA CITY DRYWALL, INC., a California Corporation; and GREGORY DAVID MARTIN, individually, | Date:  January 7, 2011<br>Time:  1:30 p.m.<br>Ctrm:  11, 19th floor, |
| Defendants. | Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for January 7, 2011, be continued for approximately 60 – 90 days.

1. As the Court's records will reflect, this action was filed on March 11, 2010 to compel Defendants' compliance with an audit of Defendants' records. Service on Defendants was effectuated on March 17, 2010. A Proof of Service of Summons was filed with the Court on March 24, 2010. Defendants failed to Answer or otherwise appear in this action and, pursuant to Plaintiffs' request, the Clerk entered Default against Defendants on April 9, 2010.

2. Defendants have submitted to the requested audit and the only issue remaining is payment of Plaintiffs' attorneys' fees and costs. Plaintiffs made a settlement offer to Defendants for partial payment of attorneys' fees and costs, however, Defendants have not accepted Plaintiffs'

-1-
**PLAINTIFFS' CMC STATEMENT; REQUEST TO VACATE CMC; [PROPOSED] ORDER THEREON**
**Case No.:  C10-1043 JSW**

P:\CLIENTS\PATCL\Delta City\Pleadings\C10-1043 JSW -CMC Statement and Request to Cont CMC 123010.pdf.DOC

1  offer of settlement. Therefore, Plaintiffs are currently preparing a Motion for Default Judgment,
2  which will be filed with the Court on or before January 7, 2011.

3      3.    There are no issues that need to be addressed at the currently scheduled Case
4  Management Conference. In the interest of conserving costs as well as the Court's time and
5  resources, Plaintiffs respectfully request that the Case Management Conference, currently
6  scheduled for January 7, 2011, be vacated, or in the alternative be continued to either coincide
7  with the date to be set for the Motion or continued for 90 days to allow disposition of the Motion.

8      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
9  entitled action, and that the foregoing is true of my own knowledge.

10     Executed this 30th day of December, 2010, at San Francisco, California.

11                                       SALTZMAN & JOHNSON
12                                       LAW CORPORATION

13                      By:     /S/
14                            Blake E. Williams
                           Attorneys for Plaintiffs

15

16 IT IS SO ORDERED.
17

18     Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
Management Conference and all related deadlines are hereby vacated.
19
    or
20
    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
21 Management Conference is hereby continued to _April 29, 2011_____. All related
deadlines are extended accordingly.
22

23 Date: _January 3, 2011_____              /s/ Jeffrey S. White_____
24                         THE HONORABLE JEFFREY S. WHITE
                        UNITED STATES DISTRICT COURT JUDGE
25

26

27

28